FILED
U.S. District Court
District of Kansas
06/30/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

[illegible]

Ryan Cheatham
Name

Eldorado Correctional Facility
Address

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS [illegible]

Ryan christopher Cheatham, Plantiff
*(Full Name)*

v.

Jerry Barton [illegible], Defendant (s)

CASE NO. [illegible] 26-3208-JWL
(To be supplied by the Clerk)

AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

A. JURISDICTION

1) Ryan Cheatham *(Plaintiff)*, is a citizen of kansas *(State)* who presently resides at Eldorado Correctional Facility Po Box 311 Eldorado KS *(Mailing address or place of confinement.)*.

2) Defendant Correctional officer Nathan Hoag *(Name of first defendant)* is a citizen of city unknown *(City, State)*, and is employed as Sort team Correctional officer *(Position and title, if any)*. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

officer Hoag Is a Sort Correctional officer

3) Defendant Amy Simmons is a citizen of
(Name of second defendant)

Unknown, and is employed as
(City, state)

Head of Medical Administration At the Larned Correctional Facility. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

She is Head of the Medical Administration at Centurion the Larned correctional Facility. works for [illegible]

(Use the additional pages to furnish the above information for additional defendants.)

SEE Attached. Defendant page continued.

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case: on March 13, 2025 While at the Lansing correctional facility. I Was taken to a Shower located in A4 cell house With inmate Taggart Lee from cell A4. 122. upon conclusion of a "strip Search", I Was taken out of the shower and began walking back to my cell 122. Officer Barton slammed Me up against the wall extremely Hard. After being placed in my cell, I began

4#) ( Defendants Continued )

Doctor who conducted the MRI at the local Larned Hospital, Amy simmons and K.D.O.C. sent Me to see in town at the Larned local Hospital. First and lastname unkown. to plaintiff.

defendant is a citizen of unknown. And is employed as " Doctor who conducted imaging of my right forearm. [Yes] Defendant was acting under the color of state [law.] Defendant is contracted or a Health provider for kansas Department of corrections.

(#5.) Administrative Staff Member who approves Inmates Medical procedures for kansas department of that works for the Secretary of Corrections. First name unknown to plaintiff. [Yes] Defendant was acting under state color law. works as an administrative figure who approves medical procedures / appointments. defendant is a citizen unknown!

#6.) Megan Davis is a citizen of unknown. and is employed as a Administrative Staff member for kansas Department of corrections.. Yes Defendant Was acting under state color law. defendant employed for the kansas Department of corrections as facility case Management / Manager.

( Defendants Continued # 2.)

#7. Lindsey Wildermuth is a citizen of (unknown) and is employed as a administration figure for K.D.O.C. who monitors movement outside inmates cell, etc. ☑ yes defendant was acting under state color law. works for Kansas Department of corrections,

~~#8~~.

Being uncuffed by officers Barton and Hoag. And another officer who's name I dont know. As I was reaching out the food port to give the officers my free cuff that hung from my wrist, the officers grabbed the free cuff so hard and pulled with so much force, the Top of the food port dug into my forearm, leaving a deformity in my foroarm musle. the officer violently twist my wrist as well. Inmate Taggart Lee received a Disciplinary Report for Dangerous contraband on this date. case 25-797943 Disciplinary Report will show officers Barton and Hoags names on the report. Megan Davis claims No reports existed of any incident. I believe she was trying to cover this up. Lindsey wildermuth also has stated plaintiff had No Movement outside cell 122 in A4 cellhouse. This Also was a lie As Lee's DR Report shows Facts that prove plaintiff had Movement outside His cell on March 13, 2025. plaintiff believes Administration tryed ~~covering~~ covering up this incident. I was transfered back to Larned Correctional facility where I got approved for a MRI by Amy Simmons. upon arriving at the Local Hospital in Larned, a unknown ~~doctor~~. doctor

# FActs Continued

put yellow markings on my injury on my right forearm. He said he was taking imaging for my forearm and right wrist. I was seen by Medical staff at Larned Correctional after I got my imaging done and they stated my wrist was normal. I asked for the results of my forearm and they said they couldn't find it, others stated it was normal, Eldorado Medical staff stated No imaging exsisted fore my forearm and that they could see I Muscle displacement, and believe I need another MRI and dont understand why theres No Imaging for my forearm. Amy Simmons Had to Deny the production of the right forearm, Or Changed the order with the doctor who conducted my "MRI" And or Never ordered the forearm imaging. doctor Ray ordered a MRI for my right forearm and No results exsist. I still on 6/23/26 Have a Visible Deformity on my forearm from being pulled through the food port in Lansing. on March 13, 2025, and there are No definate Results of this So called MRI that was done on my forearm. The Administrative Staff Responsible for approving the imaging procedure be conducted is unknown to plaintiff but I know works for the Secretary of Corrections. the doctor who did the imaging of plaintiff's right forearm didn't provide the imaging after seeing actual results.

# FACTS Continued #3

on 6-24-26 I went to Sick-call and APRN Ramsey stated she investigated the MRI from Larned Hospital and it was done on the wrong Area' please See Exhibit Sick-call, MRI wrong Area Attached with this complaint

Amy Simmons, knew what area needed to be MRI," and deliberately MRI wrong Area/ requested wrong Area, the administration in Topeka, unknown name, approved wrong Area, And the doctor at Larned Hospital, deliberately MRI wrong Area, to cover up my injury.

MS Ramsey has ordered New MRI and it is pending.

SEE Also Exhibit Amy Simmons form 9 Stating' this was Reviewed thanks when I request via form 9, to see the results to my forearm, she stated 'this was reviewed. when it was Not.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Excessive use of force violation of the eight ~~[illegible]~~ Amendment

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): officer Barton and officer Hoag pulled my free cuff so Hard on March 13, 2025 that the top of the food port dug into my right forearm Leaving a deformity. still on 6-23-26. these officer wrote taggart Lee a DR on March 13, 2025.

B) (1) Count II: Deliberate indifference violation of the eighth Amendment.

NEW evidence MRI was done on wrong area. Amy Simmons knew, see FACTS continued # 3.

(2) Supporting Facts: After Doctor ray requested imaging of my right forearm, Amy simmons didnt order the results or changed the imaging request of the forearm to right wrist. theres No results for my forearm and this was the vocal point of injury. the Doctor who conducted the MRI placed Markings around the fore arm and became aware of the results. And didn't provide them. He only provided wrist imaging.

C) (1) Count III: Cruel and unusual punishment ~~[illegible]~~ and Violation of the eighth Amendment

(2) Supporting Facts: defendants Barton and Hoag Pulled me through the food port by My free cuff and Amy Simmons and Medical staff denying me Medical treatment of actual injury.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit: SAME case re filing

Plaintiffs: Cheatham.

Defendants: only New Amy simmons, Larned Hospital Doctor. Megan Davis

b) Name of court and docket number Cheatham V. Hawel. 5:25-cv-03091.

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed without prejudice.

d) Issues raised Same except Deliberate Indifference.

e) Approximate date of filing lawsuit ____________________

f) Approximate date of disposition ____________________

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

(Plaintiff Administrative Remedies are fully exhausted, SEE Attached)

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

For the Acts of these defendants plaintiff Request 500,000 thousand dollars for punitive Damages, mental & emotional damages, Compensatory And whatever other damages are available that this plaintiff is aware of but this Court knows of.

____________________ Signature of Attorney (if any)

[signature] Signature of Plaintiff

____________________

____________________

____________________ (Attorney's full address and telephone number)