# Health Services Request Form

Exhibit wrong MRI Area

| For Medical Use Only Sólo para uso médico | |
|---|---|
| Date Received: | 6/24/26 |
| Time Received: | 0100 |

Print Name (Imprimir nombre): Ryan Cheatham

Date of Request: 6/23/26

ID #: 2000648[illegible] Date of Birth (Fecha de nacimiento): 4-8-89

Housing Location (Ubicación de la vivienda): B1-212

Nature of problem or request (Naturaleza del problema o solicitud): was told to put in to follow up with forearm injury thanks,

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un réclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

184
114/70
58
98%
98.6

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: VS DN ☑ Routine ☐ Urgent ☐ Emergent

Date: 6/24/26 Time: 0100

Date of Face-to-Face Visit:

Other:

Response Recommendation (to be completed by Medical Staff only)

Initial ☐ Nurse ☐ Doctor ☐ Dentist ☐ Eye Doctor ☐ Mental Health ☐ ARNP

Appointment ☐ Nurse ☐ Doctor ☑ Dentist ☐ Eye Doctor ☐ Mental Health ☐ ARNP

Fee Charge ☐ $2.00

Comments: per chart review, Ramsey APRN has ordered MRI that is still pending. Previous MRI was done on the wrong area confirmed by charting.

C Henderson LPN Staff Signature

10 Date

MRI pending approval
meloxicam extend by 2 weeks
acetaminophen extend by 2 weeks. APRN Ramsey spoke to Readers

Centurion: REC-013KS
07/01/2020

centurion

2nd request of ForeArm Imaging results

INMATE REQUEST TO STAFF MEMBER

To: Amy Simmons E Date: 8-12-25

(Name and Title of Officer or Department)

Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

**RECEIVED**
**Date:** 8-14-2025
**Time:** 1015 am
**Initial:** [illegible]

Cheatham
**Last Name Only**

KANSAS DEPARTMENT OF CORRECTIONS

Amy Simmons

96193
**Number**

**INMATE REQUEST TO STAFF MEMBER**

**To:** [illegible] **Date:** 8-12-25

**(Name and Title of Officer or Department)**

**State completely but briefly the problem on which you desire assistance. (Be specific.)**

I need to be seen whom it may concern about MRI results again, due to NOT being told results of (ForeArm Imaging) I was only Told right wrist Imaging Results.

E 20

Work Assignment: Living Unit Assignment:

Comment: Detail or C.H. Officer:

Disposition:

X Exhibit Amy Simmons X

To: Cheatham 96193 Date: 8/19/25

(Name & Number)

Disposition: This was reviewed.

Thanks

Simmons, HSA
Employee's Signature

**To be returned to inmate.**

# Health Services Request Form

Exhibit wrong MRI Area

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | |
| Time Received: | |

Print Name (Imprimir nombre): [illegible]
Date of Request: [illegible]
ID #: [illegible] Date of Birth (Fecha de nacimiento): [illegible]
Housing Location (Ubicación de la vivienda):
Nature of problem or request (Naturaleza del problema o solicitud): [illegible]

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo ó visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: ☐ Routine ☐ Urgent ☐ Emergent
Date: Time:
Date of Face-to-Face Visit:
Other:

Response Recommendation (to be completed by Medical Staff only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: [illegible] ... MRI ... Previous MRI was done on the same area ... pending.

Staff Signature Date

MRI pending approval ... ARNP ... spoke to resident

84# 14 Feb 180 187. 18.6

Centurion: REC-013KS
07/01/2020

centurion.

Exhibit Sick-Call displaced Muscle

# Health Services Request Form

Exhibit Sick-Call displaced muscle.

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | 9/26/25 |
| Time Received: | 0300 |

20 000 64842

Print Name (Imprimir nombre): Ryan Cheatham CHEATHAM

Date of Request: 9-25-25

ID #: 96193 Date of Birth (Fecha de nacimiento): 4-8-81

Housing Location (Ubicación de la vivienda): B1 220

Nature of problem or request (Naturaleza del problema o solicitud): need to be seen for knots in right forearm, in pain. need to be seen.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: ☐ Routine ☒ Urgent ☐ Emergent

Date: 9/26/25 Time: 0300

Date of Face-to-Face Visit: 9-26-25

Other:

Response Recommendation (to be completed by Medical Staff only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☒ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: wrist pain w/ pull ups proximal changes

M Browne RN — Staff Signature

9-26-25 — Date

Allergy Sulfa
36
175#
930
115/83
P61
97%
R18

935
9-26
Right Proximal Forearm Distal Elbow Rope type displaced muscle
↑ Full ROM
Pain w/ movement

8-25 MRI No show — Check MRI Results from Lansing

Plan of Care
F/U MRI – Consult MD Harrod

# AFFidavit

Comes now Ryan Cheatham 2000064842 being duly sworn and states under the penalty of perjury that the foregoing are true and correct.

On March 13, 2025 while at the lansing Correctional Facility, I was reaching out the food port / bean whole to hand officer Barton and officer Hoag my Loose cuff so that the other cuff still on my right wrist could be un-cuffed and officer Barton and officer Hoag grabbed the free cuff and pulled so hard on it that the top of the food port / bean whole dug into my right forearm. officer Barton stated "we will snap your shit"! you want us too? I put in a sick-call to be seen because the next day my arm was extremely swollen and red, I was never seen and was transfered back to the Larned correctional facility.

[signature] 2000064842

NOTARY PUBLIC - State of Kansas
LARRY JOHNSON
MY APPT. EXPIRES 4/2/29

level 3. grievance Forward to Secretary of corrections against Lansing officer Barton and Haag, March 13. 2025 incident use of force. Forearm injury.

INMATE REQUEST TO STAFF MEMBER

To: Secretary of Corrections Date: July 28. 2025

(Name and Title of Officer or Department)

Co II Bochy

Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by inmate

Exhibit "I"

---

Form 9. asking where my level 1 Grievance is on use of Force in Lansing. officer Barton. & officer Haag.

INMATE REQUEST TO STAFF MEMBER

To: Unit-team Grahm. Date: 6-29-25

(Name and Title of Officer or Department)

COII Panning

Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by inmate

---

When was level 2 grievance sent to Lansing

INMATE REQUEST TO STAFF MEMBER

To: Penny Riedal Date: 7-22-25

(Name and Title of Officer or Department)

Penny Riedal

Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by inmate

---

level 1. Grievance on lansing use of force, told to file out by Larned penny.

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name Ryan Cheatham Number 96193

Receiving Staff Signature COC [signature] Date 5-9-25

**Effective Date (3-18-96) P-157**

---

Warden Easley use of Force Lansing, Instruction to move forward by courts.

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name Ryan Cheatham Number 96193

Receiving Staff Signature [signature] Date 7-11-25

**Effective Date (3-18-96) P-157** Level 2. Grievance.

Exhibit E receipt.

( Exhibit Exhausted Remedies )

2nd level Grievance (Forearm issue - / results only of right wrist from Larned.

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name Ryan Cheatham

Receiving Staff Signature COI Wood

Number 2000064842

Date 12-18-2025

Effective Date (3-18-96) P-157

Level 3 Grievance sent to Secretary of Corrections about Corizon covering up

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name Cheatam

Receiving Staff Signature COI Manuel

Number 2000064842

Date 1-11-26

Effective Date (3-18-96) P-157 Forearm injury, refusing to treat forearm.

Grievance sent to Secretary of corrections. Level 3.

To Medical Director Mendoza / Hallock HSA, Informal on false results for forearm from incident from Lansing March 13, 2021

INMATE REQUEST TO STAFF MEMBER

To: Crizon Mendoza and or Crizon Hallock

(Name and Title of Officer or Department)

Date: 12-8-25

COI [signature]

Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by Inmate