# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
06/30/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

Ryan cheetham
plaintiff

V.

Jerry Barton
Defendant

Case # 26-3208-JWL
not provided.

Plaintiff's Motion to proceed in form of pauperis. plaintiff's request waiver of filing Fee and Request courts to consider Most Recent proverty AFFidavit in case 26-3137-JWL, Plaintiff's recent attempts to obtain bank statment.

Comes now plaintiff and Hereby request courts to allow plaintiff to proceed in the form of pauperis as plaintiff has ZERO dollars, and has been allowed to proceed without payment in case 26-3137, cheatham v. Zmuda. plaintiff in that case stated How facility refuses to provide Certified BankStatment. to make plaintiff jump through same obsticles will pronlong resource & be a deadend as Facility not providing Bankstatments.

Therefore plaintiff prays court consider waiving filing fee. And allowing facility to deduct funds.

Respectfully Submitted [signature]