**FILED**
**U.S. District Court**
**District of Kansas**
06/30/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Ryan Cheatham
Plaintiff
V.
Jerry Barton
Defendants

Case# 26-3208-JWL
unknown

MOTION FOR COURTS TO ATTACH ALL RECENT EXHIBITS FROM PLAINTIFFS COMPLAINT IN CASE CHEATHAM V. HOWES. 25-3091-JWL. TO PLAINTIFF'S NEW CASE/COMPLAINT

Comes now Ryan Cheatham and request this court Attach all exhibits filed with plaintiffs last complaint case Cheatham V. Howes 25-3091-JWL-

Respectfully
Submitted

[signature]