IN THE UNITED STATES DISTrict COURT
FOR THE DISTrict of kansas

FILED
U.S. District Court
District of Kansas
07/13/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

Ryan Cheatham
plaintiff
V.
Jerry Barton
Defendants et al.

26-3208-JWL

Submitted for E-file 7-12-26

Plaintiff's Motion To Compel Kansas Department of Corrections / Central Inmate banking To produce Plaintiffs "Certified Bank statment"

Comes now Ryan Cheatham plaintiff in this matter and respectfully moves this Court to "~~Compel the~~ Order / Compel the kansas Department of Corrections / Central Inmate banking to produce Plaintiffs 6 month bank statment in support plaintiff proffers;

(1.) Plaintiff Has Requested A Certified Bankstatment Repeatedly, over and over again and it isn't being provided to plaintiff deliberately. Plaintiff cannot prosecute his case if the document isn't provided.

(2.) The certified bankstatments isnt Hard to provide All Accounting / central office, unit-teams etc have to do is "press print" on their computer. They are not Providing bankstatment so Plaintiff can Prosecute his case. (1)

(3.) Plaintiff Request "oral Argument on this Matter.

(4.) Plaintiff has brought this issue to light in other pending litigation, this court allowed plaintiff to proceed without providing the Certified bank statment See. case # 26-3137-JWL-

(5.) There is a deliberate "Manifest injustice present and a prejudice in this matter that demands the Courts Attention and action.

Therefore to serve the Means of Justice Plaintiff respectfully Request this court order / Compel Kansas Department of Corrections / unit-team / Central inmate banking, whom it may concern to compel them to produce to the courts Plaintiffs 6 month bank statment so Plaintiff can prosecute this case. Alternatively just like in case 26-3137-JWL- Plaintiff ask this Court to grant plaintiffs Motion to proceed without payment of Fees and allow this case to proceed.

Respectfully Submitted