BJ-2R

We are aware that the banking app is currently not showing correct information. We are working with the engineering teams to make sure that correct information is displayed to you. We will be disabling the kiosk view until we know it is correct. We appreciate your patience as we work through some of the new system glitches.

Thank you.

INMATE REQUEST TO STAFF MEMBER

(Name and Title of Officer or Department) Date:

Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by Inmate

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Cheatham
Inmate's Last Name Only

2000064842
Inmate Number

KANSAS DEPARTMENT OF CORRECTIONS

UTM Johnson.

INMATE REQUEST TO STAFF MEMBER

To: Whitely Date: 7-20-26.

I need Something in writing Stating why I havent received a 6 month bank statement. ALSO please provide a Transaction Statement from 6 months Back. (Please SEE Attached for example) I need your written response along with 6 month Current Transaction History. I also Have a E-file.

Thanks

Work Assignment: Living Unit Assignment: B1 212.

Comment: Detail or C.H. Officer:

Disposition: AS DISCUSSED AT YOUR DOOR, UNIT TEAM IS NOT ABLE TO VIEW ACCURATE BANKING INFORMATION. IT IS A KNOWN ISSUE & BEING ADDRESSED. AS OF 7/9/26.

To: Date:
(Name & Number)

Disposition: ACCOUNTING CONFIRMED LAST WEEK YOUR REQUEST FOR A CERTIFIED BANK STATMENT IS WITH CIB & BEING PROCESSED.
-UTM JOHNSON
7/20/26

Employee's Signature

To be returned to inmate