IN THE UNITED STATES DIStrict Court
FOR THE District of Kansas

FILED
U.S. District Court
District of Kansas
07/31/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

Ryan Cheatham
plaintiff

V.

Jerry Barton
Defendant et al.

26-3208-JWL-

submitted for E-file 7-28-29

Plaintiff's Motion for injunction and or Temporary Restraining order. Kansas Department of corrections Has Seized All plaintiffs Legal Documents and property on 7-28-26

Comes Now Plaintiff and Hereby request immediate relief from Courts, AS plaintiff's Legal documents Have been seized by Kansas Department of Corrections and All plaintiff's property.

In support plaintiff futher proffers;

(1.) Plaintiff has demonstrated through previous Martinez report in this case that officers Had interaction with plaintiff. through Lee's Disciplinary Report.

(2.) Now Plaintiff had a battle with obtaining his certified Bank Statement and this court allowed plaintiff to correct deficiencies in his complaint on 7-23-2026. the kansas Department of Corrections, Now Has taken All plaintiff's Legal documents to futher hinder plaintiff from prevailing on His cases.

(3.) Plaintiff is being deliberately Targeted by kansas department of Corrections.

(4.) kansas department of Corrections Continues to force None compatible inmates as a celly with plaintiff and Plaintiff just Had a Cellmate, last week from 7-28-26. the policy States Inmates Should be allowed time to find a cellMate. Plaintiff just accepted a cellmate and they still came and took my Property days later. this is a deliberate retaliation by Administration,

(5.) Plaintiff Request Oral Arguement and a Lawyer,

Therefore plaintiff prays for relief from this court as plaintiff can prove merits of His case. and it is public Interest. Plaintiff will be going to Channel 12 news KWCH, about this too. therefore plaintiff prays for relief.

Respectfully
Submitted