PRINT

RESET

Ryan Cheatham
Name

Eldorado Correctional Facility
Po Box 311 Eldorado ks 67042
Address

FILED
U.S. District Court
District of Kansas
08/10/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Ryan Cheatham, Plantiff
*(Full Name)*

v.

Jerry Barton, Defendant (s)

CASE NO. 26-3208-JWL
(To be supplied by the Clerk)

AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Ryan Cheatham *(Plaintiff)*, is a citizen of Kansas *(State)* who presently resides at Eldorado Correctional Facility Po Box 311 *(Mailing address or place of confinement.)*.

2) Defendant Correctional officer Nathan Hoag *(Name of first defendant)* is a citizen of City unknown *(City, State)*, and is employed as Sort team Correctional officer *(Position and title, if any)*. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

officer Hoag is a Sort Correctional officer

3) Defendant ______________________________ is a citizen of
(Name of second defendant)

______________________________, and is employed as
(City, state)

______________________________. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

______________________________

______________________________

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

______________________________

______________________________

B. NATURE OF THE CASE

1) Briefly state the background of your case: On March 13, 2025 while at the Lansing Correctional Facility. I was taken to a shower located in A4 Cell house with my cellmate at the time Taggart Lee from cell A4 122. upon conclusion of a "strip search", I was taken out of the shower and began walking back to my cell 122. Officer Barton slammed me up against the wall.

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Excessive use of force violation of the eighth Amendment.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): Officer Barton and officer Hoag Pulled my free cuff so hard on March 13, 2025 that the top of the food port dug into my right forearm Leaving a deformity.

SEE Attached

B) (1) Count II: Cruel and unusual punishment violation of the Eighth Amendment

(2) Supporting Facts: Officer Barton and Hoag pulled My free cuff so hard on March, 13, 2025. that the top of the food port dug into my right forearm Leaving a deformity. SEE TAGbart Lees DR Report.

# FACTS

# Continued

Upon Returning to cell 122, I stuck my arm out the food port to finish being un-cuffed, and officer Barton and officer Hoag violently Pulled my hand (right) by the free-cuff that hung from my right hand that was Attached initially to my left hand. The Top of the food port dug into the Top of my forearm, leaving a visible deformity. After the incident I requested to see medical and was denied. I put in a sick-Call and was NEVER SEEN. I got transfered back to Larned Correctional Facility. Officer Jerry Barton and Nathan Hoag denied ever having any interaction with Me on this day of 3-13-26. Taggart Lee Received a Disciplinary report Case# 25-797943 that shows Jerry Barton and Nathan Hoag's names as the reporting officers, and the Cell # A4 122. A cell that I was the resident of on 3-13-25. All administration Claim that there was no documented reports of me having any Movement outside the cell.

Megan Davis, And Lindsey wildermuth Both Claim, there is <u>No</u> <u>reports</u> of this incident.

I Seen Medical for my injury at Larned Correctional. I Never seen Any Staff at Lansing Correctional for the mentioned injury. Also, If I was un-responsive, in My cell, on <u>3-14-25</u>, as Stated, Security would of had to cuff me up to come inside the cell. to medical assess me, this Never happened.
I was given a MRI, at Larned Local Hospital that showed the <u>wrong</u> Area intended to MRI for Imaging. Medical Staff Ms Ramsey investigated my MRI previously, and determined I received the wrong Imaging. And I am waiting on another MRI.

e) Approximate date of filing lawsuit 11/06/25

f) Approximate date of disposition Pending

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Completed All levels required by PRLA, Grievance procedure.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

for the Acts of these defendants Plaintiff Request 500,000 dollars in punitive damages, Mental and emotional damages, Compensatory damages and Whatever other damages and relief Plaintiff can receive by this court

Signature of Attorney (if any)

Signature of Plaintiff

(Attorney's full address and telephone number)