# AFFidavit

Comes now Ryan Cheatham 2000064842 being duly sworn and states under the penalty of perjury that the foregoing are true and correct.

On March 13, 2025 while at the lansing Correctional Facility, I was reaching out the food port / bean whole to hand officer Barton and officer Hoag my Loose cuff so that the other uff still on My right wrist could be un-cuffed and fficer Barton and officer Hoag grabbed the free uff and pulled so hard on it that the top of the ood port / bean whole dug into My right forearm. fficer Barton stated "we will snap your shit"! you want us too? I put in a sick-call to be seen because the next day My arm was extremely swollen and red, I was never seen and was transfered back to the Larned correctional facility.

Ryan Cheatham 2000064842

NOTARY PUBLIC - State of Kansas
LARRY JOHNSON
MY APPT. EXPIRES 4/2/29