# Health Services Request Form

Exhibit wrong
MRI Area

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | |
| Time Received: | |

Print Name (Imprimir nombre): [illegible]
Date of Request: [illegible]
ID #: [illegible] Date of Birth (Fecha de nacimiento): [illegible]
Housing Location (Ubicación de la vivienda): [illegible]
Nature of problem or request (Naturaleza del problema o solicitud): [illegible]

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: ______ ☐ Routine ☐ Urgent ☐ Emergent
Date: ______ Time: ______
Date of Face-to-Face Visit: ______
Other: ______

Response Recommendation (to be completed by Medical Staff only)

Initial ☐ Nurse ☐ Doctor ☐ Dentist ☐ Eye Doctor ☐ Mental Health ☐ ARNP
Appointment ☐ Nurse ☐ Doctor ☐ Dentist ☐ Eye Doctor ☐ Mental Health ☐ ARNP
Fee Charge ☐ $2.00
Comments: [illegible handwriting] ... MRI was done on the ...

Staff Signature Date

MRI pending approval [illegible]

184#
114/76
98%
98.6

Centurion: REC-013KS
07/01/2020

centurion.

Exhibit Sick-Call displaced muscle

# Health Services Request Form

Exhibit Sick-Call displaced muscle.

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | 9/26/25 |
| Time Received: | 0300 |

2000064842

Print Name (Imprimir nombre): Ryan Cheatham CHEATHAM

Date of Request: 9-25-25

ID #: 96193 Date of Birth (Fecha de nacimiento): 4-8-89

Housing Location (Ubicación de la vivienda): B1 220

Nature of problem or request (Naturaleza del problema o solicitud): need to be seen for knots in right forearm, in pain. need to be seen

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: ☐ Routine ☒ Urgent ☐ Emergent

Date: 9/26/25 Time: 0300

Date of Face-to-Face Visit: 9-26-25

Other:

Response Recommendation (to be completed by Medical Staff only)

Initial ☒ Nurse ☐ Doctor ☐ Dentist ☐ Eye Doctor ☐ Mental Health ☐ ARNP

Appointment ☐ Nurse ☐ Doctor ☐ Dentist ☐ Eye Doctor ☐ Mental Health ☐ ARNP

Fee Charge ☐ $2.00

Comments: WRIST PAIN w/ Pull ups PROXIMAL CHANGES

M Browne RN — Staff Signature 9-26-25 — Date

Allergy Sulfa; 36; 175#; 930; 115/83; P61; 97%; R18; 935 9-26; Right Proximal Forearm Distal Elbow Rope type displaced muscle; Full ROM; PAIN w/ movement

8-25 MRI NO SHOW — Check MRI Results from LANSING

PLAN OF CARE
F/U MRI — Consult MD Harrod

Centurion: REC-013KS
07/01/2020

centurion.