FILED
U.S. District Court
District of Kansas
08/11/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

IN THE UNITED STATES District Court
FOR DIStrict of kansas

Byan Cheatham
plaintiff

Plaintiff doesnt Have None of property to be able to provide case #
CASE # 26-

V.

Jerry Barton
Defendant et al.

Newly filed.

Supplemental Motion for injunction and TRO.

Comes Now Plaintiff and Hereby states, in support of this Motion for injunction / TRO.

(1.) on July 30, 2026. Plaintiff was Shot while in Handcuffs by sort officer Aarons, And while in a inside cell, B1 712,

(2.) Plaintiffs Property / Legal documents was seized by Administration and Plaintiff Hasn't Received Any forms from the courts to correct Plaintiffs complaint.

Therefore Plaintiff Request Relief

Respectfully Submitted