**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **RYAN CHEATHAM,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 26-CV-3208-JMK** |
| **JERRY BARTON, *et al.*** | ) | |
| **Defendants.** | ) | |

**WAIVER OF SERVICE OF SUMMONS EXECUTED**

**KDOC Defendants**

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, Assistant Attorney General Samuel A. Green agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

| | |
|---|---|
| Jerry Barton | ______________________ |
| Printed name of party who waives service | Printed name of party who waives service |
| Nathan Hoag | ______________________ |
| Printed name of party who waives service | Printed name of party who waives service |
| September 22, 2026 | */s/ Samuel A. Green* |
| Date | Signature of Assistant Attorney General |

Pursuant to the Court's order on 08/24/2026 (Doc. 14), the KDOC Defendants have sixty days after the filing of this waiver to file an answer or other responsive pleading.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Ryan Christopher Cheatham #2000064842
El Dorado Correctional Facility
PO Box 311
El Dorado, Kansas 67042
*Pro Se*

*/s/ Samuel A. Green*
Samuel A. Green