IN THE United States District court
FOR THE District of kansas

Ryan Cheatham
V.
Jerry Barton et al
defendants
&
Tim Easley
defendants et al

Case # 26-3208-JWL
Case # 5:25-CV-03241
- JWL -
Submitted for E-file
10-21-26.

Plaintiffs Motion to Consolidate Cases

Pursuant to Rule 42 of F.R.C.P.

Comes now Ryan Cheatham and Hereby Moves this court to consolidate the aboved mentioned cases, in support plaintiff Proffers;

(1.) If actions before the Court involve a Common question of law or fact, the court may
(1.) join for hearing or trial any or all matters at issue in the actions;
(2.) Consolidate the actions; or
(3.) issue any other orders to avoid unnecessary cost or delay.

(2.) Plaintiff wishes to save Judicial Resources and consolidate the aboved mentioned cases

(3.) Plaintiff Plans to file for expediate Summary judgment and believes discovery May not be necessary in this case due to the incident in Cheatham v. Easley being caught on video, and in Cheatham v. Barton, the defendants and completely denying any interaction with plaintiff on March 13 2025, yet Taggart Lee's Disciplinary Report 25-03241 proves Otherwise

(4.) plaintiff has Requested counsel and both matters and believes Both cases If consolidated Can come to a Close Soon.

Therefore. Plaintiff Request Respectfully to Consolidate both mentioned cases.

Respectfully
Submitted