IN THE UNITED STATES DISTrict court
FOR THE DISTrict of Kansas

FILED
U.S. District Court
District of Kansas
10/22/2026
Clerk, U.S. District Court
By: LGB Deputy Clerk

Ryan Cheatham
Plaintiff
V.
Jerry Barton
Defendants et al

Case# 26-3208-JWL
submitted for E-file
10-21-26

# Plaintiff's Motion to appoint Counsel

Comes now Ryan Cheatham and hereby Request appointment of counsel in this Matter Plaintiff is a prose litigant and does proffer In support of this Motion.

(1.) On June 27 2025, in Cheatham V. Howes 5:25-CV-03091-JWL, this court ruled that Plaintiff's Motion for appointment of Counsel was denied without prejudice to refiling if the case survives screening.

(2.) Plaintiff Refiled the case and it was assigned a different case #, Cheatham V. Barton, 26-3208-JWL. with same issues of excessive use of force. and the Matter has survived Screening on Aug 24, 2026.

(3.) Defendants denied any interaction with Plaintiff on March 13, 2025. Contrary to that statment, Plaintiff provided evidence of Taggart Lee's Disciplinary Report. case # 25-797 943 which showed officer Barton's name and officer Hogg's name as the reporting officer and witness to the events, futher Both Plaintiff's cell and Lee's cell number, A4 122 at Lansing Correctional Facility on March 13 2025.

(4.) Plaintiff has presented a colorable claim

(5.) Plaintiff cannot Present / investigate all evidence in this matter concerning Policy & Procedure on "Use of forces" as, this document is privillege from view of inmates, as a security risk, SEE Cheatham v. Easley 25-03241-JWL, document was filed under SEAL.

Therefore Plaintiff prays this court appoint ~~cou~~ counsel.

Respectfully,
Submitted

[signature]