# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

Ryan Cheatham
plaintiff

v.

Jerry Barton

26-3208

**FILED**
**U.S. District Court**
**District of Kansas**
10/26/2026
**Clerk, U.S. District Court**
**By:** LGB **Deputy Clerk**

Notice to correct Supplemental Judicial Notice, Motion for different case

IN THE UNITED States District Court
FOR THE DISTRICT of Kansas

Ryan Cheatham
Plaintiff
V.
Jerry Barton
Defendant et al

26-3208-

Plaintiff's motion for Judicial Notice and Plaintiff's Request for Courts to Consider Sua Sponte Summary Judgment in favor of Plaintiff. (oral argument Requested) (Evidentiary Hearing Requested)

Comes now Plaintiff Ryan Cheatham pro se and hereby respectfully Moves this court to take Judicial Notice on the following documents / Exhibits. Plaintiff also respectfully request this court to consider sua sponte summary Judgment in favor of plaintiff as Plaintiff can Establish that there is No Genuine dispute of fact trial necessary and plaintiff is entitled to Summary judgment as a Matter of Law, futherMore to save judicial Resources. In support plaintiff proffers.

(1.) Exhibit Taggart Lee's Disciplinary Report, Doc 90 attachment, and Attachment to plaintiff's Motion for Judgment on pleadings / Summary Judgment Motion. E filed on or about 3-23-26, Will prove that officer Jerry Barton and officer Nathan Hoag Did have interaction with Plaintiff on March 13, 2025 at cell A4 122 at the Lansing correctional Facility. (SEE Doc 92.)

(2.) Taggart Lee's Affidavit shows He witnessed the evidents on March 13, 2025. (Doc 92) (on File)

(3.) ~~SEE~~ Nathan Hoag and Jerry Barton deny Having Any interaction with Plaintiff on March 13, 2025, SEE Exhibits 13, and 14 of Martinez Report

(4.) Lindsey Wildermuth states there was No reports of any Movement outside Plaintiff's Cell on March 13 2025. SEE Her Affidavit submitted in Martinez Report.

(5.) Megan Davis states there was Never No Reports of any use of force from March 13, 2025 or Any incident of plaintiff being pulled through a food port.

- Conclusion- All officers involved in the incident from March 13, 2025 Have deliberately Stated Having No interactions with Plaintiff on March 13, 2025, as well as mentioned staff saying No Reports of any Movement outside Plaintiff's cell exsist or reports of Any use of force, Plaintiff ask the courts to take judicial Notice on, Taggart Lee's Disciplinary Report (Doc 92) and Conclude Defendants Have No real answers to provide to the courts after the denial of allegations. Summary Judgment is appropriate if the is No Genuine dispute of Fact Material for trial.

Futhermore Plaintiff received a "New" MRI on September 9-24-26 of my forearm. the first MRI Imaging was of wrong area and Medical staff at Eldorado Correctional, Ms Ramsey investigated the first imaging and she concluded that it was of the wrong area and ordered a new MRI. The results came back that I did sustain a injury to the forearm area, Plaintiff Request judical Notice on NEW MRI Results.

Therefore Plaintiff Request Judicial Notice on these mentioned above and request the courts consider Sua Sponte Summary Judgment in favor of Plaintiff, and request Oral Argument and A Evidentiary Hearing. (3.)

Respectfully submitted [signature]