IN THE UNITED STATES DIStrict Court
For the District of Kansas

Ryan Cheatham
Plaintiff
v.

5:26-cv-03208

Jerry Barton
Defendants et al.

FILED
U.S. District Court
District of Kansas
11/06/2026
Clerk, U.S. District Court
By: KGS Deputy Clerk

Motion and Objection to defendants Motion and Request for time extention Doc 22.

Comes now Plaintiff and hereby Objects to the defendants request for a time extention as defendants had plenty of time to respond to the courts order. And there attorneys had time to Prepare a Answer. this is a stall tactic. plaintiff request this time extention be denied.

Respectfully
Submitted

[signature]